Rose Marie Bonomo et al. *v.* The Capitol City Lumber Company et al.

King, C. J., Alcorn, House, Thim and Ryan, Js.

Argued April 6—decided April 7, 1967

*Sebastian J. Russo,* for the appellants (plaintiffs).

*Harry L. Nair,* for the appellees (defendants).

Per Curiam. The question on this appeal involves an issue of fact, and the verdict of the jury was a result reasonably reached on a permissible view of the evidence.

There is no error.